**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-2064**

_____

BARRY P. GRASS,

Plaintiff - Appellant,

and

KAREN L. GRASS; JAMES L. GRASS; JENNIFER L.
GRASS; MICHAEL R. GRASS,

Plaintiffs,

versus

EASTERN ASSOCIATED COAL COMPANY,

Defendant - Appellee,

and

NOHL A. BRAUN,

Defendant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (2:05-cv-00496)

_____

Submitted: March 22, 2007          Decided: March 27, 2007

_____

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Barry P. Grass, Appellant Pro Se. Sara Ellen Hauptfuehrer, STEPTOE & JOHNSON, Clarksburg, West Virginia; Thomas John Hurney, Jr., Erin R. Stankewicz, JACKSON & KELLY, PLLC, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry P. Grass appeals the district court's orders accepting the magistrate judge's recommendations and denying relief in his civil action alleging claims against his former employer and physician. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grass v. Eastern Assoc. Coal. Co., No. 2:05-cv-00496 (S.D.W. Va. Mar. 23, 2006; filed Aug. 28, 2006 & entered Aug. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED